# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| **CANADIAN PACIFIC RAILWAY,** ) <br> **NORFOLK SOUTHERN** ) <br> **RAILWAY COMPANY,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **W.L. BYERS TRUCKING, INC.,** ) <br> ) <br> **Defendant.** ) | **Case No.: 1:19-cv-00203** |

## APPEARANCE

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear as counsel for Canadian Pacific Railway and Norfolk Southern Railway Company.

Dated:  May 8, 2019            /s/ John C. Duffey
                              John C. Duffey (Atty. No. 4756-79)
                              STUART & BRANIGIN LLP
                              300 Main Street, Suite 900
                              P.O. Box 1010
                              Lafayette, IN 47902-1010
                              Telephone: (765) 423-1561
                              Facsimile: (765) 742-8175
                              E-mail:  jcd@stuartlaw.com
                              ***Counsel for Plaintiffs***

1185833