UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CANADIAN PACIFIC RAILWAY, and NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>    Plaintiffs,<br><br>  vs.<br><br>W.L. BYERS TRUCKING, INC.,<br><br>    Defendant. | Case No.: 1:19-cv-00203-HAB-SLC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Canadian Pacific Railway and Norfolk Southern Railway Company, by counsel, and Defendant, W.L. Byers Trucking, Inc., by counsel, hereby stipulate to the dismissal of this case with prejudice, costs paid.

*s/John C. Duffey*
John C. Duffey, Esq.
Tyler L. Jones, Esq.
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
*Counsel for Plaintiffs*

*s/Christopher R. Whitten*
Christopher R. Whitten, Esq.
James L. Culp, Esq.
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
*Counsel for Defendant*